⚘AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America </br> v. </br> WAYNE FINNEY </br> </br> Date of Previous Judgment: 06/16/2008 </br> (Use Date of Last Amended Judgment if Applicable) | ) </br> ) </br> ) Case No: 09-CR-101 (GLL) </br> ) USM No: 06601-068 </br> ) MICHAEL J. NOVARA </br> ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __168__ months **is reduced to** __TIME SERVED__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 26 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 92 to 115 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):

Mr. Finney already has served a term of imprisonment in excess of the statutory mandatory minimum of 120 months as well as the newly applicable guideline range. Therefore, the reduced sentence of time served exceeds both the statutory mandatory minimum and the amended guideline range.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __06/16/2008__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __11/01/2011__

Judge's signature

Effective Date: __11/01/2011__
(if different from order date)

Gary L. Lancaster, Chief U.S. District Judge
Printed name and title