IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | Criminal No. 99-101 |
|  | ) |  |
| WILMER WARD, | ) |  |
| Defendant. | ) |  |

ORDER

AND NOW, this 16th day of December, 2011, IT IS HEREBY ORDERED that the Court's Order of Judgment, dated February 5, 2001 and amended on December 13, 2011, is further amended as follows:

> "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of incarceration of 238 months."

Except as otherwise provided, all provisions of the Court's judgment of February, 5, 2001 shall remain in effect.

BY THE COURT:

/s/ J. R. Lancaster, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record
 U.S. Marshal
 U.S. Probation
 Federal Bureau of Prisons